IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Stephanie E | Case Number: 05 B 30439 |
| | Judge: Hollis, Pamela S |
| Printed: 8/5/08 | Filed: 8/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 31, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,800.00 | |
| Secured: | | 7,898.24 |
| Unsecured: | | 8,877.70 |
| Priority: | | 0.00 |
| Administrative: | | 1,905.20 |
| Trustee Fee: | | 1,118.86 |
| Other Funds: | | 0.00 |
| Totals: | 19,800.00 | 19,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | First Investors Financial Service | Secured | 7,898.24 | 7,898.24 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 50.00 | 98.27 |
| 4. | Cavalry Portfolio Services | Unsecured | 896.60 | 1,762.17 |
| 5. | RoundUp Funding LLC | Unsecured | 528.99 | 1,039.67 |
| 6. | Midland Credit Management | Unsecured | 105.49 | 207.32 |
| 7. | Illinois Lending Corporation | Unsecured | 147.46 | 289.82 |
| 8. | First Investors Financial Service | Unsecured | 1,907.42 | 3,748.81 |
| 9. | AmeriCash Loans, LLC | Unsecured | 519.80 | 1,021.61 |
| 10. | Cingular Wireless | Unsecured | 72.21 | 0.00 |
| 11. | Freedom Card | Unsecured | 361.27 | 710.03 |
| 12. | Dominick's Finer Foods | Unsecured | | No Claim Filed |
| 13. | NW Collector | Unsecured | | No Claim Filed |
| 14. | Cross Country Bank | Unsecured | | No Claim Filed |
| 15. | Cooking Light | Unsecured | | No Claim Filed |
| 16. | Ice Mountain | Unsecured | | No Claim Filed |
| 17. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 18. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 19. | RMCB | Unsecured | | No Claim Filed |
| 20. | Pekay & Blitstein P C | Unsecured | | No Claim Filed |
| 21. | Oxmoor House | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,392.68 | $ 18,681.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Davis, Stephanie E

Printed: 8/5/08

Case Number: 05 B 30439
Judge: Hollis, Pamela S
Filed: 8/3/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 235.14 |
| 5% | 67.50 |
| 4.8% | 129.60 |
| 5.4% | 290.79 |
| 6.5% | 395.83 |
|  | _____ |
|  | $ 1,118.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

